## STATE OF CONNECTICUT *v.* WILLIE FOOTE
### (AC 16591)

Lavery, Hennessy and Spallone, Js.

Argued June 9—officially released July 15, 1997

Per Curiam. The judgment is affirmed.

## DONALD L. ALTSCHULER *v.* MOLLY SUE MINGRONE
### (AC 16336)

Foti, Heiman and Spear, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.

## BRENDA SCULLY ET AL. *v.* CARIN NEWMAN ET AL.
### (AC 16149)

Foti, Heiman and Spear, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.

## GERARD J. STROL *v.* RONALD H. STROL ET AL.
### (AC 16432)

Lavery, Landau and Hennessy, Js.

Submitted on briefs June 10—officially released July 15, 1997

Per Curiam. The judgment is affirmed.